■ In the Matter of SHAMECKIA L. BLUE, Respondent, v DARRYL F. CALDWELL et al., Appellants. (Appeal No. 1.) [3 NYS3d 692]—Appeals from an order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered February 22, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject children.

proceeding pursuant to Family Court Act article 6. The order settled the record on appeal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.